Helen M. Marshall, Appellant, v. New Amsterdam Casualty Company of Baltimore, Appellee.

Gen. No. 41,481.

opinion filed February 8, 1943; rehearing opinion filed April 20, 1943. Joseph J. Augustus and Harry Goodman, for appellant; Dent, Weichelt & Hampton, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Ruth West, Appellee, v. Samuel Porritt, Jr., Appellant. Arden West, Appellee, v. Samuel Porritt, Jr., Appellant.

Gen. No. 9,802.

opinion filed February 12, 1943; opinion modified and rehearing denied May 5, 1943. Burrel Barash and Clarence W. Heyl, for appellant; Nelson & Gustafson, for appellees. Opinion by JUSTICE DOVE. ''Not to be published in full.''